

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**CAROL L. MICHEL**

**CLERK OF COURT**

500 POYDRAS STREET,
ROOM C-151
NEW ORLEANS, LA 70130

June 7, 2022

17-cv-04071, McGill v. BP Exploration & Production, Inc. et al
17-cv-04239, Wilson v. BP Exploration & Production, Inc. et al
17-cv-04370, Johnson v. BP Exploration & Production, Inc. et al
17-cv-04397, Hayes et al v. BP Exploration & Production, Inc. et al
17-cv-04558, Lee et al v. BP Exploration & Production, Inc. et al
18-cv-06081, Avila v. BP Exploration & Production, Inc. et al
18-cv-06736, Jarrell v. BP Exploration & Production, Inc. et al
18-cv-06813, Bacallao v. BP Exploration & Production, Inc. et al
18-cv-07691, Garcia v. BP America Production Company et al
18-cv-08298, Rivas v. BP Exploration & Production, Inc. et al
18-cv-08456, Hurtado-Aracena et al v. BP Exploration & Production, Inc., et al
18-cv-08645, Arceneaux v. BP Exploration & Production, Inc. et al
18-cv-09166, Ordonez v. BP Exploration & Production, Inc. et al
18-cv-09207, Gallegos v. BP Exploration & Production, Inc. et al
18-cv-09467, Williams v. BP Exploration & Production, Inc. et al
18-cv-09520, Pelas v. BP Exploration & Production, Inc. et al
18-cv-09703, Bourgeois v. BP Exploration & Production, Inc. et al
18-cv-09834, Evans v. BP Exploration & Production, Inc. et al
18-cv-10241, Thiel, Jr. v. BP Exploration & Production, Inc. et al
18-cv-10322, Chiasson v. BP Exploration &Production et al
18-cv-10379, Dufrene v. BP Exploration & Production, Inc. et al
18-cv-10392, Bolden v. BP Exploration & Production, Inc. et al
18-cv-10431, Jackson v. BP Exploration & Production, Inc. et al
18-cv-10651, Chaisson, Jr. v. BP Exploration & Production, Inc. et al
18-cv-10748, Stevenson v. BP Exploration & Production, Inc. et al
18-cv-11067, Cantrelle, Jr. v. BP Exploration & Production, Inc. et al
18-cv-11539, Riley v. BP Exploration & Production, Inc. et al
18-cv-11609, Smith v. BP Exploration & Production, Inc. et al
18-cv-13614, Pierre v. BP Exploration & Production, Inc. et al
18-cv-13821, Robinson v. BP Exploration & Production, Inc. et al
18-cv-14175, Gonzalez v. BP Exploration & Production, Inc. et al
19-cv-00235, Donaire v. BP Exploration & Production, Inc. et al
19-cv-00595, Matute v. BP Exploration & Production, Inc. et al

19-cv-00898, Austin v. BP Exploration & Production, Inc. et al
19-cv-01033, Expose v. BP Exploration & Production, Inc. et al
19-cv-01064, Lafrance v. BP Exploration & Production, Inc. et al
19-cv-01067, Leblanc v. BP Exploration & Production, Inc. et al
19-cv-01112, Williams v. BP Exploration & Production, Inc. et al
19-cv-01158, Morales v. BP Exploration & Production, Inc. et al
19-cv-01469, Punch v. BP Exploration & Production, Inc. et al
19-cv-01491, Kibodeaux v. BP Exploration & Production, Inc. et al
19-cv-01780, Tiet v. BP Exploration & Production, Inc. et al
19-cv-01813, Bradley v. BP Exploration & Production, Inc. et al
19-cv-02012, Washington v. BP Exploration & Production, Inc. et al
19-cv-02148, Truong v. BP Exploration & Production, Inc. et al
19-cv-02318, Nelson v. BP Exploration & Production, Inc. et al
19-cv-02337, Terrebonne v. BP Exploration & Production, Inc. et al
19-cv-02540, Blanchard v. BP Exploration & Production, Inc. et al
19-cv-03560, Luke v. BP Exploration & Production, Inc. et al
19-cv-05652, Johnson v. BP Exploration & Production, Inc. et al
19-cv-06539, Lam v. BP Exploration & Production, Inc. et al
19-cv-09082, Austin v. BP Exploration & Production, Inc. et al
19-cv-09148, Sylve v. BP Exploration & Production, Inc. et al
19-cv-09190, Hutcherson v. BP Exploration & Production, Inc. et al
19-cv-09292, Nunez v. BP Exploration & Production, Inc. et al
19-cv-09359, Adams v. BP Exploration & Production, Inc. et al
19-cv-09420, Jones v. BP Exploration & Production, Inc. et al
19-cv-09497, Arias-Henriquez v. BP Exploration & Production, Inc. et al
19-cv-09591, Verdin v. BP Exploration & Production, Inc. et al
19-cv-09860, Barrow v. BP Exploration & Production, Inc. et al
19-cv-10168, Besson v. BP Exploration & Production, Inc. et al
19-cv-10559, Lam v. BP Exploration & Production, Inc. et al
19-cv-10578, Tran v. BP Exploration & Production, Inc. et al
19-cv-10765, Prout v. BP Exploration & Production, Inc. et al
19-cv-10975, Auseve v. BP Exploration & Production, Inc. et al
19-cv-11035, Ly v. BP Exploration & Production, Inc. et al
19-cv-11067, Tran v. BP Exploration & Production, Inc. et al
19-cv-11517, Hernandez v. BP Exploration & Production, Inc. et al
19-cv-12115, Hardy v. BP Exploration & Production, Inc. et al
19-cv-12750, Stagg v. BP Exploration & Production, Inc. et al
19-cv-13401, Galjour v. BP Exploration & Production, Inc. et al

Dear Counsel,

I have been contacted by Chief Judge Nannette Jolivette Brown, who presided over the above-mentioned cases.

It was brought to Chief Judge Brown's attention that she had some limited involvement in the Deepwater Horizon Oil Spill litigation in her capacity as City Attorney, eleven years ago, before she was appointed to the bench. When she took the bench, all of the BP cases were consolidated in an MDL before Judge Barbier. When these cases were reallotted to other judges many years later, Chief Judge Brown had forgotten of her brief and limited involvement in the original case from many years before. Nevertheless, Chief Judge Brown's involvement may have required recusal under the Code of Conduct for United States Judges.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

With Advisory Opinion 71 in mind, you are invited to respond to this disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before June 30, 2022. Any response will be considered by another judge of this court without Chief Judge Brown's participation.

Sincerely,

*Carol L. Michel*

Carol L. Michel
Clerk of Court